Argued and submitted April 28, reversed and remanded June 14, 2006

STATE OF OREGON,
*Respondent,*

*v.*

STEPHANIE DEANNE ROBERTS,
*Appellant.*

040165FE; A125025

136 P3d 1229

Ernest G. Lannet, Deputy Public Defender, argued the cause for appellant. With him on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Seann C. Colgan, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum,* Judges.